```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30804
   JOHN P MURRAY
   KATHLEEN T MURRAY                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

              Debtor
   SSN XXX-XX-2325     SSN XXX-XX-3141


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/05/05 and confirmed on 09/30/05.

     2.  The case was converted to Chapter 7 after confirmation, 09/22/2008.

     3.  The Debtor paid a total of $  16644.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG         .00            .00            .00
FIA CARD SERVICES          SECURED               .00            .00            .00
GMAC PAYMENT CENTER        SECURED          13950.00        2209.61       11818.33
BECKET & LEE LLP           UNSECURED        14538.33            .00            .00
FIA CARD SERVICES          UNSECURED        15548.37            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        14267.14            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         5013.84            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         6245.99            .00            .00
DISCOVER BANK              UNSECURED         2598.81            .00            .00
DISCOVER BANK              UNSECURED         9428.35            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         1065.15            .00            .00
MARSHALL FIELD             UNSECURED         5159.34            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED            .00            .00
NATIONAL CITY BANK         UNSECURED         4305.06            .00            .00
NORDSTROM FSB              UNSECURED          934.20            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         5010.55            .00            .00
US BANK                    UNSECURED         1132.36            .00            .00
GMAC PAYMENT CENTER        UNSECURED         2268.76            .00            .00
        Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13950.00          .00     87516.25         .00      101466.25
PRINCIPAL PAID      11818.33          .00          .00         .00       11818.33
INTEREST PAID        2209.61          .00          .00         .00        2209.61
TOTAL PAID          14027.94          .00          .00         .00       14027.94
The Debtor's attorney, GARY N FOLEY PC                , was allowed $   2700.00
and was paid $    806.00  direct and $   1894.00  through the plan.

The Trustee received $     722.06 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE